UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOUIS GALARZA and OSCAR MACHICOTE,

    Plaintiffs,

v.                                      Case No.  6:12-cv-805-Orl-22DAB

AKAL SECURITY, INC.,

    Defendant.
_____

### ORDER

The parties consented to the exercise of jurisdiction by a United States magistrate judge and on March 21, 2014, the district judge entered her Order referring the case to the undersigned for all further proceedings including the entry of judgment in accordance with 28 U.S.C. § 636(c); FED.R.CIV.P. 73 and the consent of the parties. (Doc. 91).  Now pending before the Court is the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 101).  Upon due consideration, the joint stipulation is APPROVED, and this case is DISMISSED with prejudice, with each party to bear their own attorney's fees and costs.  Any pending motions are TERMINATED, and the Clerk is directed to CLOSE the file.

    DONE AND ORDERED in Orlando, Florida, on July 11, 2014.

THOMAS B. SMITH
United States Magistrate Judge

    Copies to all Counsel